THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFONSO M. HICKS, Appellant. [700 NYS2d 902] —Judgment unanimously affirmed (*see, People v Hidalgo,* 91 NY2d 733). (Appeal from Judgment of Niagara County Court, Fricano, J.— Attempted Criminal Sale Controlled Substance, 3rd Degree.) Present—Green, J. P., Lawton, Pigott, Jr., Scudder and Callahan, JJ.